# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXANDRA BEER** <br><br> v. <br><br> **HOME CARE ASSOCIATES OF PHILADELPHIA, INC.; HOME CARE ASSOCIATES OF PHILADELPHIA, INC.** *d/b/a* **HOME CARE ASSOCIATES; DONNA JENKINS,** *individually***; TASHA COOPER,** *individually***; SHAQUILA BENSON,** *individually***; and AISHA (Last Name Unknown),** *individually* | **CIVIL ACTION** <br><br> **NO. 18-2640** |

## ORDER RE: MOTIONS TO DISMISS

AND NOW, this 18TH day of March, 2019, upon consideration of Defendants Tatia Cooper and Aisha Parker's Motion to Dismiss[1] Plaintiff's Complaint (ECF 6), Defendants Home Care Associates of Philadelphia, Inc. and Home Care Associations of Philadelphia, Inc. *d/b/a* Home Care Associates' Partial Motion to Dismiss Plaintiff's Complaint (ECF 8), and all submissions related to these Motions, and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that:

1. The First and Second Causes of Action are DISMISSED WITH PREJUDICE to the extent they are pled against Defendants Cooper and Parker;

2. The Third Cause of Action is WITHDRAWN by Plaintiff;

3. Defendants Cooper and Parker's Motion to Dismiss Plaintiff's Complaint is therefore GRANTED; and

---

[1] The Complaint and case caption identify these Defendants as "Tasha Cooper" and "Aisha (Last Name Unknown)."

4. Defendants Home Care Associates of Philadelphia, Inc. and Home Care Associations of Philadelphia, Inc. *d/b/a* Home Care Associates' Motion to Dismiss the Third Cause of Action is therefore GRANTED.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**